FILED  
UNITED STATES DISTRICT COURT  
DENVER, COLORADO  
*4:26 pm, Jul 14, 2022*  
JEFFREY P. COLWELL, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **"SECOND AMENDED"  1:22-cv-0913**
(To be supplied by the court)

Jerome L. Grimes , Plaintiff

v.

**Jury Trial requested:**
(please check one)
_X_ Yes ___ No

Douglas County Municipal ,

 ,

 ,

 , Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

## COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

A.   **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

P.O. Box 2433
Jerome L. Grimes          Eatonville, FL.32751
(Name and complete mailing address)

(219) 808-0306   EMAIL registered with PACER.gov
(Telephone number and e-mail address)

B.   **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

100 Perry Street
Defendant 1:   Douglas County Municipal    Castle Rock, CO. 80104
(Name and complete mailing address)

(303) 663-6133
(Telephone number and e-mail address if known)

Defendant 2:
(Name and complete mailing address)

(Telephone number and e-mail address if known)

Defendant 3:
(Name and complete mailing address)

(Telephone number and e-mail address if known)

Defendant 4:
(Name and complete mailing address)

(Telephone number and e-mail address if known)

2

**C.   JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

__X__   Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

 8th Amend., Due Process Clause violation, U.S. Constitution, Deliberate Indifferent to

 Pre-textual Seize Plaintiff's Personal Private Property & Trade Secrets (aka:

 Supervisory Negligence)/Intimidation.

__X__   Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of ____Louisiana____.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of ____Colorado____
(name of state or foreign nation).

Defendant 1 has its principal place of business in ____Colorado____
(name of state or foreign nation).

(*If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant*.)

3

   **D.**     **STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action.  For each claim, specify the  right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim.  You do not need to cite specific legal cases to support your claim(s).  If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s).  Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

       **CLAIM ONE:** <u>(Supervisory Negligence) 8th Amend., Due Process Clause violation,</u>

<u>U.S. Constitution,  Deliberate Indifferent to Pre-textual Seize Plaintiff's Personal Private</u>

<u>Property & Trade Secrets. (i.e., Intimidation)</u>

      Supporting facts:

  On **February 08, 2022**, (*aka*: **02/09/2022**) the Defendant's employees (i.e., State Actors/Castle Rock Police Officers: Paul Longuevan, Kevin McCann, Matthew Houser, and Joel Bennington) illegally used an overdue Automobile Repair Shop LOANER VEHICLE/Rental Car ROUSE to pre-textual traffic stop the Plaintiff, Jerome L. Grimes, B.A., & MBA (i.e., In Pro Se, Plaintiff) for the purpose of getting an illegal look at the Plaintiff's Trade Secret UPC Barcode Number: **8 62292 00010 2**: Business Plan Coloring Book Product (**2021-Year**) Registered. But regardless of the Defendant's State Actor/Douglas County, City of Castle Rock Employees' INTENT or Pretext, the Defendant's DELIBERATE INDIFFERENT employees mentioned-above violated the Plaintiff's 8th Amendment and 6th Amendment Rights protected by the U.S. Constitution cause substantial financial harm to the Plaintiff (i.e., Caused Permanent Loss To The Personal Private Property: "U.S. Passport", "Birth Certificate", "Ph.D. Doctoral Graduate School Dissertation Feathers", "Ph.D. Doctoral Graduate School Dissertation Research & Accumulated

4

Scholar Citation WORK Notebooks", "(2) Two Ph.D. Doctoral Graduate School HP Laptops", "Clothing:, "(3) Three Cellular Telephones with Internal CONTACTS", "(100) One Hundred Small Business Startup DVD's & Trade Secrets UPC Barcode Number: **8 62292 00010 1** (**2015-Year**) Registered", "Paperback Master Copy of Trade Secret UPC Barcode Number: **8 62292 00010 2** (**2021-Year**) Registered-Business Plan Coloring Book Product Works-of-Art", and "Miscellaneous items/"wrist watches", "cross-country drive urinal with bodily fluids", "cross-country portable feces homemade-toilet bodily fluids", "etc." (*list available on-demand*)".

The Defendant's employees: Paul Longuevan and Matthew Houser BOTH Deliberately Indifferently-DENIED the Plaintiff his 8th Amendment Rights To Due Process, Equal Protection of the Law, and Right To Be Free From Cruel And Unusual Punishment, when they BOTH violated the Plaintiff's fundamental substantial rights TO BAILBOND ACCESS AFTER ARREST WITHOUT COVERT OR OVERT INTIMIDATION, A 6TH AMENDMENT RIGHTS protected/supported by the U.S. Constitution. And BOTH of those above-mentioned Defendant's Deliberate Indifferent-Employees DENIED the In Pro Se, Plaintiff his 6th Amendment Rights To Prescription Penicillin Antibiotics taken from the Plaintiff's Pocket by Paul Longuevan and illegally/deliberately indifferently thrown into the Plaintiff's Late Return Automobile Repair Shop LOANER VEHICLE/Rental Car identified as: Enterprise Rent-A-Car Contractual Civil Agreement Number: **52CXJ1**, ALL caught on Dash Cam and Body Cam Video Surveillance Security DVD, identified in Castle Rock Police Incident report Number: **2022-00004896** (**02/09/22**). And ALL of the identified items have been permanently lost due to supervisory negligence and culpability piece-meal of the Defendant's Deliberate Indifferent Employees, including but not limited to Castle Rock police Officers: Kevin P. McCann and Joel Bennington who unprofessionally, childishly, and unreasonably PRETEXT SNIFFED via Espionage Act of

5

1979 violation the In Pro Se, Plaintiff's: "cross-country drive urinal with bodily fluids", "cross-country portable feces homemade-toilet bodily fluids", discovered through In Pro Se, Independent Investigation (*Pahls -v.- Thomas*, 718 F.3d 1210, 1225 (10th Cir. 2013).

Government officials may be held liable and/or responsible for constitutional violations under a theory of supervisory liability at 1199 of *Dodds -v.- Richardson*, 614 F.3d 1185, 1198 (10th Cir. 2010). **Bivens Liability**: Overcoming a Defendant's assertion of qualified immunity claim:

1. Created, implemented continued operation of a policy.
2. Caused constitutional harm.
3. Acted with conscious effort to establish the alleged constitutional deprivation.

And the plaintiff asserts that the Defendant's employees: Officer, Paul Longuevan, Officer, Matthew Houser, Officer, Kevin McCann, and Officer, Joel Bennington seized the plaintiff's personal property piece-meal via Espionage Act of 1979 violation, unreasonable, coincidental deliberate indifferent actions on **February 08, 2022 PM** and/or **February 09, 2022 AM** (*SEE:* Division **4** of the Douglas County Court Case #: **22-CR-138**, (i.e., INTIMIDATION of the Plaintiff's Federal Law Rights & NEED to retrieve the Plaintiff's **personal valuable PRIVATE property** from the Legally Rented Automobile Repair Shop LOANER VEHICLE/Rental Car binding contractual CIVIL Agreement Number: **52CXJ1**-Enterprise Rent-A-Car, which AGAIN deliberate indifference by the Defendant's employees mentioned-above and ADMITTED TO by Defendant's Employee, Officer, Paul Longuevan at the (**03/17/22**) **March 17, 2022**, Preliminary Hearing during cross-examination of the defendant's prosecution witness/State Actor, Officer, Paul Longuevan, State Criminal Case Number: 22-CR-138 mentioned-above (*City and County of Denver -v.- Desert Truck Sales, Inc.*, 837 P.2d 759 (Colo. 1992): holding that replevin claim based on allegation that personal property was wrongfully detained by Denver Police was a

6

conversion-based tort claim) **SEE:** Colorado Revised Statute: **24-10-118** (2013): Waiving sovereign immunity for public employees whose tortious conduct was willful and wanton. The *Hudson* doctrine is applicable if the State has accorded its employees broad power and little guidance in effecting the alleged deprivation (*Hudson -v.- Palmer*, 468 U.S. 517 (U.S. 1984).)(***SEE***: *Haines -v. Kerner*, 404 U.S. 519, 520-21 (1972): Pro Se Filings construed liberally because they are not represented by an attorney.**)**

### E.     REQUEST FOR RELIEF
*State the relief you are requesting or what you want the court to do.  If additional space is needed to identify the relief you are requesting, use extra paper to request relief.  Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

SUM Certain Amount: **$1,400,000.00** (One Million Four Hundred Thousand Dollars) for the permanent loss of personal private inter-state property that could have been avoided if the Defendant's employee(s) would not have deprived the Plaintiff's liberty and/or culpable in the (90) Ninty days of Plaintiff's cellular telephone contacts INTIMIDATION, 6th Amendment Rights violation/Intimidation of Bailbond Cellular Phone Contacts right & venue to obtain BAIL, U.S. Constitution, and pretext interference in the adjudication with pro se rights to Out-of-Custody Defense measures without intimidation without force and fear (i.e., LULLED pro se defense and property investigation WITHOUT Bailbond Cellular telephone CONTACTS inside of said Cellular Telephone DENIED with malice, fraud, and/or deliberate indifference by State Actor/County Actor/Castle Rock Police Officer Illegally AGAINST the federal constitutional law right of the Plaintiff to conduct pro se independent investigation out-of-custody DISCOVERY to prevent the trail from going cold in the State defense of the Plaintiff, Jerome L. Grimes, MBA, in Division **4** of the Douglas County Court, Case #: **22-CR-138**. The Plaintiff "ALSO" lost "In Pro Se, Civil Tort Mail, Pleadings WORKS In-progress", "In Pro Se, Multi-jurisdiction- Discovery

7

Independent Investigation WORK", "Clothing", "Non-profit self-employment founder financials startup planned for in-pendency 501(c)(3)", "LLC self-employment startup business plans", "(3) Three Buckets of Ph.D. Doctoral Graduate School Dissertation Feathers", "Laptops 2-Qty", "Cellular Telephones with Contacts 3-Qty", "Trade Secrets UPC Barcode #: **8 62292 00010 2:** Business Plan Coloring Book", and "Trade Secrets UPC Barcode #: **8 62292 00010 1**: Small Business Startup DVD's 100-Qty", "Etc." (*additional itemized valuables list on demand*).

And for the time spent doing In Pro Se, WORK to replevin the 8th Amendment violation against my person in an attempt to cure the humiliation, deprivation, and intimidation without force and fear, instead of using that WORK-Effort to pursue the self-employment actions necessary to make startup small business viable and non-profit doing business as: (FSF) Futuristic Safety First viable vehicle for non-pauper status obtainment. This is not to mention the permanent loss of the plaintiff's **1998** Ford Expedition SUV, and **1997** Honda Civic Coupe BOTH personal PRIVATE property (**SEE:** Pueblo Department of Motor Vehicles Records; & Pueblo Police Report Number: **22-000813** (**Jan. 13, 2022**).

(*Esteille -v.- Gamble*, 429 U.S. 97 (1976): 8th Amend., U.S. Const., Defendant's participation, control, direction, or failure to supervise caused injury.**)**

### F.   PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

JEROME L. GRIMES
(Plaintiff's signature)

July 07, 2022
(Date)

(Revised February 2022)